**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCHELL TAYLOR BUTTON, PLAINTIFF(S) | CASE NUMBER CV 26-7053 FMO (SSCx) |
| v. | |
| BRIXTON FORGED WHEEL CO. LLC, et al., DEFENDANT(S) | **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

IT IS ORDERED that the Application for Permission for Electronic Filing by pro se plaintiff ______ is hereby:

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: July 22, 2026

/s/ Fernando M. Olguin
United States District/~~Magistrate Judge~~

---

☐ DENIED

*Comments:*

Dated: ______

______
United States District/Magistrate Judge