**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
8/12/2026
CENTRAL DISTRICT OF CALIFORNIA
BY ang DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

| | |
|---|---|
| MITCHELL TAYLOR BUTTON<br><br>PLAINTIFF,<br>V.<br><br>BRIXTON FORGED WHEEL CO. LLC, ADAM MAJCHERKIEWICZ, CODY WILLISTON<br><br>DEFENDANTS. | Case No: 2:26-cv-07053-FMO-SSC<br><br>REQUEST FOR ORDER DIRECTING SERVICE BY UNITED STATES MARSHAL PURSUANT TO FED. R. CIV. P. 4(c)(3)<br><br>Assigned to: Hon. Fernando M. Olguin<br><br>Referred to: Hon. Stephanie S. Christensen |

Plaintiff Mitchell Taylor Button, appearing pro se and proceeding in forma pauperis, respectfully requests an order directing service of the summons and complaint by the United States Marshal pursuant to Federal Rule of Civil Procedure 4(c)(3).

Plaintiff's application to proceed in forma pauperis was granted by the Court. The summonses have issued. Plaintiff attempted to avoid unnecessary service expenses by sending waiver-of-service materials to Defendants at known email addresses associated with Defendants on July 12th, 2026. As of August 12, 2026, no Defendant has returned an executed waiver of service.

Plaintiff did not send waiver packets by mail because Plaintiff lacks the financial ability to pay mailing, copying, or private process-server costs. Plaintiff attempted the waiver process by email using the information available to him and cannot be more diligent without incurring costs he cannot afford.

Rule 4(c)(3) provides that, at a plaintiff's request, the Court must order service by the United States Marshal or a deputy marshal when the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. section 1915. Because Plaintiff has been granted in forma pauperis status, Plaintiff respectfully requests that the Court direct the Clerk and/or United States Marshal to serve each Defendant without prepayment of fees or costs.

Plaintiff further requests, to the extent necessary, that the Court extend the Rule 4(m) service deadline for a reasonable period sufficient to allow service by the United States Marshal after the Court issues its order.

**REQUESTED RELIEF**

1) Order service of the summons and complaint on Defendants Brixton Forged Wheel Co. LLC, Adam Majcherkiewicz, and Cody Williston by the United States Marshal or deputy marshal pursuant to Federal Rule of Civil Procedure 4(c)(3);
2) Direct the Clerk to provide any required service documents or instructions to Plaintiff, including USM-285 forms if required; and
3) Extend the time for service, if necessary, to permit completion of service by the United States Marshal.

Dated this 12th day of August, 2026,

Mitchell Taylor Button (pro se)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed through the District Court of Central California's electronic filing system on August 12th, 2026.

Dated this 12th day of August 2026,

/s/______________________________

Signature of Plaintiff Mitchell Taylor Button (*Pro se*)