UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-07053 FMO (SSC) Date: August 31, 2026

Title Mitchell Taylor Button v. Brixton Forged Wheel Co. LLC, et al.

Present: The Honorable: **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order Denying Plaintiff's Request for Service by United States Marshal Without Prejudice (Dkt. No. 18)**

On June 24, 2026, Plaintiff filed a Complaint and a Request to Proceed In Forma Pauperis ("IFP request"). (Dkt. Nos. 1, 2.) Plaintiff brings this action for breach of contract and related claims. (Dkt. No. 1.) On July 10, 2026, the court granted Plaintiff's IFP request. (Dkt. No. 11.)

Now pending is Plaintiff's request for an order directing service by the United States Marshal, which Plaintiff filed on August 12, 2026. (Dkt. No. 18.) Plaintiff alleges that he emailed waiver-of-service materials to Defendants at known email addresses associated with Defendants, but no Defendant has returned an executed waiver of service. (Id. at 2.)

Where, as here, a Plaintiff has obtained IFP status and requests service by the Marshal, he "should first attempt to make service by some other means provided for in the rule; only when this proves unfeasible should the plaintiff request that the district court direct a marshal to serve the summons and complaint." Charles Alan Wright, Arthur R. Miller, et al., 4A Fed. Prac. & Proc. Civ. § 1090 (4th ed. 2017). Here, the court is unable to assess, from Plaintiff's bare and conclusory allegation, whether Plaintiff's attempt to obtain a waiver of service from Defendants was unfeasible. *See Rhee v. Biggs-Gridley Memorial Hospital*, 2022 WL 51200, at *15 (E.D. Cal. Jan. 5, 2022) (conclusory claims of valid attempts of service are insufficient). Accordingly, Plaintiff's request is denied without prejudice to renewal.

Before the court orders such service, Plaintiff must attempt to obtain a waiver of service from each Defendant pursuant to Federal Rule of Civil Procedure 4(d). Plaintiffs may notify Defendants that an action has been commenced and request Defendants to waive service by separately mailing

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-07053 FMO (SSC) Date: August 31, 2026

Title Mitchell Taylor Button v. Brixton Forged Wheel Co. LLC, et al.

each Defendant the following documents: (a) a copy of the Complaint (Dkt. No. 1), (b) a copy of this Order, (c) two copies of a waiver form to be completed by each Defendant (CV-108), (d) a stamped envelope addressed to Plaintiffs (to be used to return the completed waiver form to Plaintiffs), and (e) a notice that informs Defendants that:

(1) An action has been commenced and the Defendant is requested to waive service of a summons.

(2) The Complaint was filed in the United States District Court for the Central District of California.

(3) If the Defendant is located within the United States and fails, without good cause, to sign and return a waiver requested by a Plaintiff located within the United States, the court must impose on the Defendant the expenses later incurred in making service and the reasonable expenses, including attorney's fees of any motion required to collect those service expenses.

(4) If the Defendant waives service by signing, completing, and returning the waiver form, service is deemed complete.

(5) If the Defendant does not waive service, service will be ordered by the Court and will be conducted in-person upon the Defendant by a federal law enforcement agent from the United States Marshals Service.

The notice must: (a) be addressed to the individual Defendant,[1] (b) state the date the request is sent, and (c) give the Defendant a reasonable time of at least 30 days after the request was sent to return the waiver to Plaintiffs. *See* Fed. R. Civ. P. 4(d).

By no later than 45 days after Plaintiffs have sent the requests for waivers, Plaintiffs shall file with the court a status report advising the court of the results of their waiver requests. Thereafter, if any Defendant has not signed a voluntary acknowledgment of service, the court will order that service be effectuated upon such Defendant by the U.S. Marshals Service pursuant to 28 U.S.C. § 1915(d).

[1] Where the Defendant is an individual, the documents must be addressed to that individual. Where the Defendant is a corporation, partnership, or association (Last Podcast Network, LLC), the documents must be addressed and mailed to an officer, a managing or general agent, or any other agent authorized by law to receive service of process. Fed. R. Civ. P. 4(h).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-07053 FMO (SSC) Date: August 31, 2026

Title Mitchell Taylor Button v. Brixton Forged Wheel Co. LLC, et al.

For these reasons, Plaintiff's request is denied without prejudice. (Dkt. No. 18.)

| | |
|---|---|
| | 00:00 |
| **Initials of Preparer** | vdr |