**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
09/18/2026
CENTRAL DISTRICT OF CALIFORNIA
BY LRO DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

| | |
|---|---|
| MITCHELL TAYLOR BUTTON<br><br>PLAINTIFF,<br>V.<br><br>BRIXTON FORGED WHEEL CO. LLC, ADAM MAJCHERKIEWICZ, CODY WILLISTON<br><br>DEFENDANTS. | Case No: 2:26-cv-07053-FMO-SSC<br><br>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION; REQUEST TO DISCHARGE ORDER TO SHOW CAUSE OR EXTEND TIME FOR SERVICE<br><br>Hearing: None<br><br>Judge: Hon. Fernando M. Olguin |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Mitchell Taylor Button, appearing pro se and proceeding in forma pauperis, responds to the Court's September 15, 2026 Order to Show Cause (Dkt. No. 20). Plaintiff respectfully requests that the Court discharge the Order to Show Cause, or alternatively extend the time for service, because Plaintiff has diligently followed the waiver procedure directed by the Court's August 31, 2026 Order (Dkt. No. 19), and the time allowed for Defendants to return the most recently mailed waivers has not expired.

## BACKGROUND AND GOOD CAUSE

1. Plaintiff filed the Complaint on June 24, 2026. (Dkt. No. 1.) The Court granted Plaintiff's request to proceed in forma pauperis on July 10, 2026. (Dkt. No. 11.) Summonses were issued for the Defendants.
2. Plaintiff initially attempted to obtain waivers by emailing each Defendant at known email addresses. Those emails included the summons, Complaint, and waiver-of-service materials. No Defendant signed and returned a waiver.
3. On August 12, 2026, Plaintiff requested service by the United States Marshal. (Dkt. No. 18.) On August 31, 2026, the Court denied that request without prejudice and directed Plaintiff first to seek waivers by separately mailing each Defendant the documents specified in the Court's Order. (Dkt. No. 19 at 1-2.)

4. The August 31 Order required that Defendants receive at least 30 days to return the waivers. It further directed Plaintiff to file a status report no later than 45 days after sending the waiver requests and stated that, if any Defendant had not signed a voluntary acknowledgment of service, the Court would thereafter order service by the United States Marshals Service. (Dkt. No. 19 at 2.)

5. After receiving the August 31 Order, Plaintiff separately mailed waiver packets to each Defendant by regular United States mail. Plaintiff did not purchase tracking for those mailings because of his limited financial resources.

6. To create a documented record of compliance and because no signed waivers had been returned, Plaintiff separately sent the waiver packets again to each Defendant by United States Postal Service Priority Mail on September 17, 2026. The packets included the materials required by the August 31 Order: the Complaint, a copy of the August 31 Order, two copies of the waiver form, a stamped return envelope addressed to Plaintiff, and the required notice. Copies of the Priority Mail receipts and tracking information are attached as Exhibit A. Copies of the email waiver requests and their attachment lists are attached as Exhibit B.

7. The Court entered the Order to Show Cause on September 15, 2026, before Plaintiff sent the documented Priority Mail packets on September 17 and before completion of the waiver process established by the August 31 Order.

8. The 30-day response period for the September 17 waiver requests does not expire until October 16, 2026. Plaintiff therefore cannot presently file signed waivers unless Defendants return them earlier. Plaintiff remains prepared to file the status report required by the August 31 Order and to provide the Court with the results of each waiver request.

9. Plaintiff has acted diligently and in good faith. He first used known email addresses, then mailed the court-directed packets by regular mail, and then mailed them again by tracked Priority Mail. Plaintiff has not abandoned this action and has taken repeated steps to move service forward despite proceeding in forma pauperis.

**REQUESTED RELIEF**

For these reasons, Plaintiff respectfully requests that the Court: (1) discharge the September 15, 2026 Order to Show Cause; (2) decline to dismiss this action for lack of prosecution; (3) permit the waiver process established in the August 31, 2026 Order to be completed; (4) extend the Rule 4(m) service deadline as necessary through a reasonable period after Plaintiff files the court-ordered status report; and (5) if any Defendant does not return a signed waiver, order service by the United States Marshals Service as stated in the August 31 Order and pursuant to Federal Rule of Civil Procedure 4(c)(3).

Dated this 19th day of September, 2026,

Mitchell Taylor Button (pro se)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed through the District Court of Central California's electronic filing system on September 19th, 2026.

Dated this 19th day of September 2026,

/s/________________________________________

Signature of Plaintiff Mitchell Taylor Button (*Pro se*)

# EXHIBIT A

TRACKING INFORMATION FOR USPS PRIORITY WAIVERS / SUMMONS / NOTICE AND ORDER SENT TO DEFENDANTS SEPTEMBER 17TH 2026

## ORDER DETAILS

| | |
|---|---|
| Account #: | 517252632 |
| Order #: | 01a0af33-91e5-770d-8d77-e989457fc05e |
| Placed on: | Sep 17, 2026<br>11:49:47 AM GMT |
| Payment Method: | MASTERCARD-4969 |
| Status: | PAID |
| Email: | worldofdusty@gmail.com |

## ORDER SUMMARY

| Item | Total |
|---|---|
| **Priority Mail®**<br>420902113602940553010935560037345 7<br>**Scheduled delivery date: 09/21/2026**<br>**Shipped To:**<br>Cody Wiliston Adam Majcherkiewicz<br>321 S ROBERTSON BLVD<br>BEVERLY HILLS CA 90211-3602 US | $11.66 |
| **Priority Mail®**<br>4209067050319405530109355600373440<br>**Scheduled delivery date: 09/21/2026**<br>**Shipped To:**<br>BRIXTON FORGED WHEEL CO., LLC<br>13560 LARWIN CIR<br>SANTA FE SPRINGS CA 90670-5031 US | $11.66 |

# EXHIBIT B

FIRST WAIVERS SENT TO KNOWN EMAIL ADDRESSES TO EACH DEFENDANT ON JULY 12TH, 2026

Gmail

Mitchell Button <desmodynamica@gmail.com>

# Request to Waive Service of Summons – Button v. Brixton Forged Wheel Co. LLC, et al., Case No. 2:26-cv-07053-FMO-SSC

1 message

**Mitchell Button** <desmodynamica@gmail.com> Sun, Jul 12, 2026 at 1:29 PM
To: sales@brixtonforged.com, office@brixtonforged.com, adam@brixtonforged.com, adam.majcherk@gmail.com

Brixton Forged Wheel Co. LLC,

This is Mitchell Button, Plaintiff proceeding pro se in the above-captioned action pending in the United States District Court for the Central District of California, in which you are a named Defendant.

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, I respectfully request that you waive service of summons. Attached please find the following documents:

• Notice of a Lawsuit and Request to Waive Service of Summons;
• Waiver of the Service of Summons;
• The Summons issued by the Court; and
• Plaintiff's Complaint.

If you elect to waive service, please complete, sign, and return the enclosed Waiver of the Service of Summons within the time provided by Rule 4(d). You may return the executed waiver by replying to this email, and I will promptly file it with the Court. If you waive service, you will have sixty (60) days from the date this request was sent to serve a response to the First Amended Complaint, as provided by Rule 4(d).

Rule 4(d)(2) further provides that if a defendant located within the United States fails, without good cause, to sign and return a requested waiver of service, the Court must impose on that defendant the expenses later incurred in making service and the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

Please feel free to contact me by email if you have any questions regarding this request. Thank you for your attention to this matter.

Best,
Mitchell Button

---

**4 attachments**

**BRIXTONNOTICE.pdf**
281K

**BRIXTON WAIVER.pdf**
1078K

**BRIXTON_SUMMONS.pdf**
256K

**BRIXTON COMPLAINT.pdf**
410K

Gmail

Mitchell Button <desmodynamica@gmail.com>

**Request to Waive Service of Summons – Button v. Brixton Forged Wheel Co. LLC, et al., Case No. 2:26-cv-07053-FMO-SSC**

1 message

**Mitchell Button** <desmodynamica@gmail.com> Sun, Jul 12, 2026 at 1:30 PM
To: cody@brixtonforged.com

Mr. Williston,

This is Mitchell Button, Plaintiff proceeding pro se in the above-captioned action pending in the United States District Court for the Central District of California, in which you are a named Defendant.

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, I respectfully request that you waive service of summons. Attached please find the following documents:

• Notice of a Lawsuit and Request to Waive Service of Summons;
• Waiver of the Service of Summons;
• The Summons issued by the Court; and
• Plaintiff's Complaint.

If you elect to waive service, please complete, sign, and return the enclosed Waiver of the Service of Summons within the time provided by Rule 4(d). You may return the executed waiver by replying to this email, and I will promptly file it with the Court. If you waive service, you will have sixty (60) days from the date this request was sent to serve a response to the First Amended Complaint, as provided by Rule 4(d).

Rule 4(d)(2) further provides that if a defendant located within the United States fails, without good cause, to sign and return a requested waiver of service, the Court must impose on that defendant the expenses later incurred in making service and the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

Please feel free to contact me by email if you have any questions regarding this request. Thank you for your attention to this matter.

Best,
Mitchell Button

**4 attachments**

**WILLISTONNOTICE.pdf**
280K

**BRIXTON WAIVER.pdf**
1078K

**WILLISTON_SUMMONS.pdf**
254K

**BRIXTON COMPLAINT.pdf**
410K

Gmail Mitchell Button <desmodynamica@gmail.com>

# Request to Waive Service of Summons – Button v. Brixton Forged Wheel Co. LLC, et al., Case No. 2:26-cv-07053-FMO-SSC

1 message

**Mitchell Button** <desmodynamica@gmail.com> Sun, Jul 12, 2026 at 1:29 PM
To: adam@brixtonforged.com, adam.majcherk@gmail.com

Mr. Majcherkiewicz,

This is Mitchell Button, Plaintiff proceeding pro se in the above-captioned action pending in the United States District Court for the Central District of California, in which you are a named Defendant.

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, I respectfully request that you waive service of summons. Attached please find the following documents:

• Notice of a Lawsuit and Request to Waive Service of Summons;
• Waiver of the Service of Summons;
• The Summons issued by the Court; and
• Plaintiff's Complaint.

If you elect to waive service, please complete, sign, and return the enclosed Waiver of the Service of Summons within the time provided by Rule 4(d). You may return the executed waiver by replying to this email, and I will promptly file it with the Court. If you waive service, you will have sixty (60) days from the date this request was sent to serve a response to the First Amended Complaint, as provided by Rule 4(d).

Rule 4(d)(2) further provides that if a defendant located within the United States fails, without good cause, to sign and return a requested waiver of service, the Court must impose on that defendant the expenses later incurred in making service and the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

Please feel free to contact me by email if you have any questions regarding this request. Thank you for your attention to this matter.

Best,
Mitchell Button

**4 attachments**

**MAJCHERKIEWICZNOTICE.pdf**
280K

**BRIXTON WAIVER.pdf**
1078K

**MAJCHERKIEWICZ_SUMMONS.pdf**
255K

**BRIXTON COMPLAINT.pdf**
410K